IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                      Case No.:19-05016-EAG

**HARRY SANTIAGO FELICIANO,**

                                                               **Chapter 7**

    **Debtor.**

_____/

## TRUSTEE'S RESPONSE IN OPPOSITION TO DEBTOR'S "MOTION REQUESTING CONVERSION TO CHAPTER 13" (DKT. No. 8) AND TRUSTEE'S REQUEST FOR RECONSIDERATION OF THE ORDER GRANTING CONVERSION (Dkt. No. 9)

TO THE HONORABLE COURT:

COMES NOW, CHAPTER 7 TRUSTEE, NOREEN WISCOVITCH RENTAS, respectfully responds in opposition to the Debtor's Motion for Conversion to Chapter 13 (Dkt. No. 8) and requests the Reconsideration of the Order approving the conversion to Chapter 13 (Dkt. No. 9) and in support, states:

1. On August 30, 2019, Debtors filed a voluntary Chapter 7 Petition under the Bankruptcy Code. The undersigned was appointed on this case on August 31, 2019.

2. At the 341 Meeting of creditors held on September 26, 2019, the Trustee learned from reviewing Debtor's documents related to the purchase of a 2019 Toyota Yaris, that within 90 days prior to the Bankruptcy Petition the Debtor:

    a. Purchased a 2019 Toyota Yaris on July 18, 2019, from Furiel Auto Corp. The Debtor took possession of the vehicle that same day.

    b. The Debtor purchased the vehicle by applying for a Loan with Popular Auto, LLC.

1

    c. Popular Auto, LLC presented to the Department of Motor Vehicles the request to impose a chattel mortgage and/or lien on the 2019 Toyota Yaris on August 23, 2019. See **Exhibit A**.

3. It is the Trustee's position that Popular Auto, LLC failed to perfect its security interest within 30 days as required under 11 U.S.C. §547(c)(3)(A) and (B). That is, within 30 days after the Debtor received possession of the motor vehicle. Since the creditor did not perfect its security interest within 30 days, then any perfection after the 30 days will be considered a transfer within the meaning of Section 547. See Section 547 (e)(2).

4. Because the Trustee intended after the 341 Meeting to bring an avoidance action for because the security interest was attempted to be perfected after the 30 days of possession had lapsed; the Trustee requested the turnover of the motor vehicle from the Debtor.

5. The 2019 Toyota Yaris was then turnover to the Trustee by the Debtor and it is in the Estate's possession until a determination of the Court on the untimely perfection of the security interest by Popular Auto, LLC.

6. In order to avoid these actions by the Trustee, the Debtor moved immediately (shortly after the 341 Meeting) to convert to Chapter 13. Clearly such action was in Bad Faith.

7. The Order granting conversion was entered the very next day, without giving the Trustee an opportunity to be heard.

8. If the Trustee is successful avoiding the Transfer to Popular Auto, LLC, she can then sell the vehicle and repay creditors.

9. To date, the Debtor has not demonstrated that he has disposable income to fund a plan. To the contrary Schedule J shows a deficiency of $-21.58. See Dkt. No. 1

10. It is clear that the Debtor filed the Motion to Convert in bad faith. He has not shown at *prima facie* that He is able to confirm a plan. According to Schedule I and J, Debtor does not have any disposable income and there is no surplus income to commit to a payment plan under chapter 13.

11. The Debtor is impeding the administration of assets of the Estate by the Chapter 7 Trustee by converting the case to Chapter 13.

12. In the alternative, if the Court was to determine that the Debtor should be allowed to stay in Chapter 13, and if the Debtor fails to confirm a plan, then the Trustee respectfully requests that the case is reconverted to Chapter 7 instead of being dismissed.

WHEREFORE, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, respectfully requests for the Court to vacate the order granting the conversion of the case to Chapter 13 and reconvert to Chapter 7 or, in the alternative, if the Debtor fails to proposed a confirmable plan or complete a Chapter 13 Plan, then the case should to be reconverted to Chapter 7.

**PLEASE TAKE NOTICE** that within Fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed

and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing

I HEREBY certify that a true and correct copy of this document has been sent by CM/ECF service to all parties so subscribed and the Debtor, Harry Santiago Feliciano, HC 2 Box 6025, Adjuntas, PR 00601, Debtor's Counsel, Lcdo. Luis Colon Flores, at bufetecolonflores@gmail.com and to all parties on the attached list, this 29th day of September 2019.

*/s/ Noreen Wiscovitch-Rentas*
NOREEN WISCOVITCH-RENTAS
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
E-mail: noreen@nwr-law.com

4

DTOP-770

**GOBIERNO DE PUERTO RICO**
Departamento de Transportación y Obras Públicas
Directoría de Servicios al Conductor



## SOLICITUD PRESENTACIÓN GRAVAMEN MOBILIARIO SOBRE VEHÍCULOS DE MOTOR

(x) Presentación ( ) Liberación ( ) Enmienda

**A. INFORMACIÓN DEL ACREEDOR** ( ) Acreedor Garantizado ( ) Acreedor Hipotecario

Nombre Corporación o Razón Social (si aplica): Popular Auto, LLC
Número Identificación Patronal: 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

Dirección Residencial: 1451 Ave F D Roosevelt
Municipio: San Juan, PR
Zona Postal: 00920-2717

Dirección Postal: Popular Auto, LLC, PO Box 70370, San Juan, PR 00936-8370
Municipio: San Juan, PR
Buzón / Zona Postal: 00936-8370

**B. INFORMACIÓN DEL DEUDOR**

Nombre: Henry Santiago Feliciano
Número de Seguro Social: ___-__-CC32

Dirección Residencial: Carr 526 KL1 Bo Yayales
Número de Casa: Adjuntes
Calle: cucul
Municipio: HC 02

Fecha de Nacimiento: 5-Nov-70

**C. INFORMACIÓN SOBRE EL VEHÍCULO**

Marca: Toyota
Modelo: Yaris
Año: 2019
Color: Red
(X) Nuevo ( ) Usado

Número de Serie: 3MYDLBYV8KY528111
Número de Tablilla: JHA-78C

Fecha: 7/18/19
Nombre Traficante: FURIEL AUTO CORP
Título del Vehículo: PC0163
Número de Contrato: 660424669
Peso Neto: 7/18/19
Fecha: 7/18/19

Firma Deudor / Firma del Acreedor

**PARA USO OFICIAL SOLAMENTE**
Presentación a Inscripción

Fecha y Hora de Presentación: Día/Mes/Año ___ Hora ___ Minutos ___ Lugar ___
Derechos a Pagar ___ Número de Control Asignado ___
Nombre Funcionario Receptor de DISCO ___ Fecha ___ Firma ___

Rev. 23Mayo2016

DTOP - DISCO
AUG 23 2019
Firma DISCO - PONCE

www.dtop.gov.pr

Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-2<br>Case 19-05016-EAG7<br>District of Puerto Rico<br>Ponce<br>Sun Sep 29 13:14:02 AST 2019 | ORIENTAL BANK CCU<br>CCU BANKRUPTCY DEPARTMENT<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of PR<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ADM DE RETIRO<br>PO BOX 42003<br>SAN JUAN, PR 00940-2203 | AEELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | AMERICAN EXPRESS<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| FIRST BANK<br>PO BOX 84028<br>COLUMBUS, GA 31908-4028 | ORIENTAL BANK<br>PO BOX 6818<br>CAROL STREAM, IL 60197-6818 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 |
| POPULAR AUTO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | SEARS/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | SISTEMA DE RETIRO PARA MAESTROS<br>PO BOX 191879<br>SAN JUAN, PR 00919-1879 |
| SYNCHRONY BANK/JCP<br>PO BOX 960090<br>Orlando, FL 32896-0090 | WALMART/SYNCHRONY BANK<br>PO Box 530927<br>Atlanta, GA 30353-0927 | HARRY SANTIAGO FELICIANO<br>HC 2 BOX 6025<br>ADJUNTAS, PR 00601-9203 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NOREEN WISCOVITCH RENTAS<br>PMB 136<br>400 CALAF STREET<br>SAN JUAN, PR 00918-1314 | RAFAEL COLON FLORES<br>COLON FLORES LAW OFFICES<br>1129 AVE MUNOZ RIVERA SUITE 1<br>PONCE, PR 007170635 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17